Rebecca C. Padilla (CSBN: 248605)
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DONNA C. WILKES, | Case No.: CV 17-08112-RAO |
| Plaintiff, | **{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $3,545.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 9/4/2018

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

-1-